## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE C. RUPERT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-331 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

AND NOW, this 5th day of August, 2014, and per today's telephone conference, Plaintiff is ordered to pay the disputed invoices submitted by Defendant's expert witnesses for the compilation of documents in response to Plaintiff's discovery requests in the following manner. The July 3, 2014 Exponent invoice shall be paid with the following charges **deducted**: 6/3/2014 charge from Michelle F. Heller PhD in the amount of $208.00; 6/6/2014 charge from Michelle F. Heller PhD in the amount of $208.00; 6/3/2014 charge from Juff George in the amount of $255.00; and 6/6/2014 charge from Juff George in the amount of $221.00.  The remaining disputed invoices shall be paid in full.

In addition, the parties have agreed to offset the total due by Plaintiff to Defendant's experts by $1200.00 (the amount paid by Plaintiff to Plaintiff's expert, Byron Bloch, for the complication of documents in response to Defendant's discovery requests).  In sum, Plaintiff is ordered to submit payment for all outstanding invoices submitted by Defendant's experts (with the deductions and offset stated herein) within **14 business days** of this order.

s\Cathy Bissoon               
Cathy Bissoon
United States District Judge


cc (via ECF email notification):

All Counsel of Record